IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| JUSTIN BECKSTRAND | Violation:  18 U.S.C. § 1014 |

**Crop Insurance Fraud**

The Grand Jury Charges:

On or about July 16, 2018, in the District of North Dakota, the defendant,

JUSTIN BECKSTRAND

knowingly made a false statement for the purpose of influencing in any way the action of the Federal Crop Insurance Corporation or a company the Corporation reinsures upon application for insurance, in that the defendant falsely certified to NAU in an application for crop insurance that he planted wheat and soybeans in crop year 2018, when in truth, as the defendant well knew, he did not plant the acreage certified;

In violation of Title 18, United States Code, Section 1014.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

MDG/vt